UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                             Case No. 1:11-cr-10062-NMG

v.                                 (USA v. ROSE, et al.)

MICHAEL P. ANDREWS,
        Defendant.


MOTION TO SUPPRESS STATEMENTS

Defendant, Michael Andrews, by his counsel, Kevin Barron, moves under the Fifth Amendment and *Miranda v. Arizona*, and its progeny, to suppress the evidence obtained on November 19 and 22, 2012 from his statements in response to unwarned custodial interrogation by FBI Agents and Detectives of the Bourne Police Department. See, *Miranda v. Arizona*, 384 US 436 (1966) and *United States v. Dickerson*, 530 U.S. 428, 433 (2000)(affirming *Miranda* as a substantive constitutional law and not merely procedural rule). Defendant further moves for suppression of statements made on November 22, 2010 in response to follow up questioning that was not sufficiently attenuated from the first *Miranda* violation. See, *US v. Byram,* 145 F.3d 405 (1st Cir. 1998).

Defendant further seeks suppression of evidence derived from said unlawful custodial interrogation in accordance with *Byram*, supra. Said *Miranda* violation was not merely technical, there was a substantial nexus between the violation and the evidence derived from defendant's statements, and the derivative evidence was not itself preceded by an adequate *Miranda* warning.

1

Dated this 3rd day of July, 2012 at Boston, Massachusetts.

    Respectfully submitted,
    MICHAEL ANDREWS, Defendant
    By his Counsel,
    /s./ Kevin L. Barron
    KEVIN L BARRON 550712
    ATTORNEY AT LAW
    92 STATE ST 6FL
    BOSTON MA 02109
    Tel. No. 617-407-6837

Certificate of Service

Undersigned counsel certifies he has caused counsel of record to be served today, July 3, 2012 through this Court's CM/ECF and that no party requires service by other means.

    /s./ Kevin L. Barron
    KEVIN L BARRON